1 | Stuart B. Wolfe (SBN 156471)
Eric T. Lamhofer (SBN 115865)
2 | WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
3 | Irvine, California 92614-5979
Telephone: (949) 475-9200
4 | Facsimile: (949) 475-9203

5 | Attorneys for Defendant
NEW CENTURY MORTGAGE CORPORATION
6

**FILED**

**2006 DEC 15  PM 2: 57**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____*dd*_____DEPUTY

7

8 |                 UNITED STATES DISTRICT COURT

9 |            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | STANLEY LAWRENCE SONNABAUM, an individual,

12 |                                                 Case No. 06CV 2334 WQH CAB

13 |                        Plaintiff,

14 | vs.                                            **STIPULATION AND ORDER
EXTENDING TIME TO RESPOND TO
COMPLAINT**

15 | NEW CENTURY MORTGAGE
CORPORATION, an entity of unknown form;    **[Civil Rule 12.1]**
and DOES 1-10, inclusive,

16

17 |                        Defendants.

18

19

20 |        **IT IS HEREBY STIPULATED** by and between Plaintiff STANLEY LAWRENCE

21 | SONNABAUM and Defendant NEW CENTURY MORTGAGE CORPORATION, by and

22 | through their counsel of record, that Defendant's time to respond to the Complaint filed in this

23 | action shall be extended to December 15, 2006.  The additional time to respond is necessitated by

24 | the fact that defense counsel did not receive this file from his client until December 1, 2006, and

25

26 | ///

27 | ///

28 | ///
H:\Matters\New Century (1219)(032) Sonnabaum\Pleadings\Stipulation and Order.doc

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

STIPULATION AND ORDER

1   due to the press of out-of-town commitments the week of December 4 through 8, defense counsel

2   has not been able to prepare a responsive pleading.

3

4   DATED: December 7, 2006          LAW OFFICES OF DEBORAH L. RAYMOND

5

6                                    By: _____

7                                        DEBORAH L. RAYMOND
                                         Attorney for Plaintiff
8                                        **STANLEY LAWRENCE SONNOABAUM**

9   DATED: December 7, 2006          WOLFE & WYMAN LLP

10

11

12                                   By: _____

13                                       STUART B. WOLFE
                                         ERIC T. LAMHOFER
14                                       Attorneys for Defendant
                                         **NEW CENTURY MORTGAGE CORPORATION**

15       **IT IS SO ORDERED.**

16

17   Dated: __12/15/06__             _____

18                                   United States District Court Judge

19

20

21

22

23

24

25

26

27

28   H:\Matters\New Century (1219)\(032) Sonnobaum\Pleadings\Stipulation and Order.doc

                                         2
                              **STIPULATION AND ORDER**

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                            )     ss.
COUNTY OF ORANGE            )

I am employed in the County of Orange , State of California.  I am over the age of 18 and not a party to the within action.  My business address is 5 Park Plaza, Suite 1100, Irvine, California 92614.

On December 8, 2006, I served the foregoing documents, described as **DOCUMENT** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

( X )    **BY MAIL**  as follows:

( )    **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

( X )    **FEDERAL** - I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

( )    **BY EXPRESS MAIL**  as follows: I caused such envelope to be deposited in the U.S. Mail at Irvine, California.  The envelope was mailed with Express Mail postage thereon fully prepaid.

( )    **BY CERTIFIED MAIL**  as follows: I am "readily familiar" with Wolfe & Wyman LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt Requested, on the above date according to Wolfe & Wyman LLP's ordinary business practice.

( )    **BY PERSONAL SERVICE**  as follows: I caused a copy of such documents to be delivered by hand to the offices of the addressee between the hours of 9:00 a.m. and 5:00 p.m.

( )    **BY OVERNIGHT COURIER SERVICE**  as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee.  The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

( )    **BY FACSIMILE**  as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number .  The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

( )    **STATE** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X )    **FEDERAL** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 8, 2006, at Irvine, California.

KATHY HAGMAIER

**SERVICE LIST**
**USDC - SOUTHERN DISTRICT Case No. 06CV 2334 WQH CAB**
**SONNABAUM V. NEW CENTURY MORTGAGE CORPORATION**
**W&W File No. 1219-032**
[Revised:  ]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

| Deborah L. Raymond, Esq. LAW OFFICES OF DEBORAH L. RAYMOND 380 Stevens Avenue, Suite 205 Solana Beach, CA 92075 (858) 481-9559/Fax: (858) 724-0747  Attorney for Plaintiff STANLEY LAWRENCE SONNABAUM | |
|---|---|

H:\Matters\New Century (1219)\(032) Sonnabaum\PROOF OF SERVICE.doc