UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY LAWRENCE SONNABAUM,<br><br>                              Plaintiff,<br><br>     v.<br><br>NEW CENTURY MORTGAGE<br>CORPORATION; and DOES 1-10, inclusive,<br><br>                              Defendant. | Civil No.   06cv2334-WQH (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT<br>DISPOSITION CONFERENCE** |

On January 29, 2007, the Court held an Early Neutral Evaluation Conference, and the case settled. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be electronically filed on or before **March 15, 2007**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable William Q. Hayes, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before March 15, 2007, then a Settlement Disposition Conference shall be held on **March 16, 2007**, at **9:30 a.m.** before Judge Bencivengo. The conference

---

[1] *See* General Order 550, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* at 13, for the chambers' official email address and procedures on emailing proposed orders.

shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before March 15, 2007, the Settlement Disposition Conference shall be VACATED without further court order.

DATED:  January 30, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge